IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUMONT T. BUSH                          :    CIVIL ACTION
                                        :
       v.                               :
                                        :
KYLE RUSSELL, et al.                    :    No. 25-619

## ORDER

AND NOW, this 24th day of February 2026, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Respondents' answer, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED.

2.    The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED AS MOOT.

3.    There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

HON. KAI N. SCOTT
United States District Judge